To: Clerk of the US District Court
From: MARYBETTINA CAMERON,
Inmate No 129523
Peninsula Regional Jail.



March 19th, 2013.                    3:13CV252

Dear Sir or Madam Clerk,

I'm a prisoner of the Commonwealth being held w/out bail at the above facility. I've not yet been convicted but am awaiting trial on DUI charges.

I wish to file a Petition for Writ of Habeas Corpus in Federal Court, although it is a local charge I'm being brought up on.

I'm unable to file it locally in the James City Co. Court b/c both the two sitting judges — one in General District Court + the other in Circuit Court — are each owners/partners in the corporation the jail belongs to. It's a private jail, and both the judges have a vested legal interest

+ financial state in the jail + I don't feel no ways I will receive any attention to my problems from the owners of the very jail I'm bringing this action against.

I've no access to any law library, nor notary services, but I've done the best I possibly could.

Please submit this before the Court for action.

Very Respectfully,

M Turner

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA
2013 MAR 22 A 11:05

RECEIVED
APR 18 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

RECEIVED

## PETITION FOR WRIT OF HABEAS CORPUS

### US DISTRICT COURT IN AND FOR TIDEWATER AREA, VA

I AM MARYBETTINA CAMERON, a pre-trial detention inmate currently being held at Va Peninsula Regional Jail in James City Co on Commonwealth charges + I hereby file this petition for Writ of Habeas Corpus against the above-named facility in order to challenge specific conditions of my confinement as referenced below.

I pray the Honorable Court grant my request to take up this matter and address the following issues:

A - Lack of Medical Attention + failure to give treatment + medications for MH issues

B - Ongoing, continuous <placement> in solitary confinement (80 out of 84 days to date spent in total isolation) with only 30 min showers 3x per week

C - designated as "regular watch", but dressed + confined like an inmate on "suicide watch" but without having been assessed by psych/ social worker/clinician

D - Failure to evaluate or be assessed for psychotropic meds + failure to dispense such medication previously prescribed + on file

E - Lack of adequate hygiene/sanitation products such as soap + "female sanitary items"

F - Occasional intentional deprivation of meals.

G - Previous assault by staff member (2 occasions, same guard)

H - Occasional involuntary exposure to the opposite sex while undressed.

IN CONSIDERATION WHEREOF, I hereby submit this matter before the Court, to be dealt with

Very Respectfully,
M. Timmon