

E. Vaniecia Mayyebittire
HSG/CELL 112 re
VIRGINIA PENINSULA REGIONAL
120 MERRIMAC TRAIL
WILLIAMSBURG, VA. 23185

Post Office



Attn:
* Postmaster - have the
I do not get this
ability to open -
address on this
envelope however
legal delivery
please, is yes

UNITED STATES DISTRICT COURT
FEDERAL COURT HOUSE
Downtown Norfolk
No. [illegible]

0101135
UNITED STATES POSTAL SERVICE
$0.46
APR 21 2013
MAILED FROM ZIP CODE 23185
02 1M
000424

RECEIVED
APR 18 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA