IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MARY BETTINA CAMERON,**

    Petitioner,

v.                                  Civil Action No. **3:13CV252**

**UNKNOWN,**

    Respondent.

## MEMORANDUM ORDER

Petitioner, a former Virginia inmate proceeding *pro se*, submitted this civil action and requested leave to proceed *in forma pauperis*. By Memorandum Order entered on July 1, 2013, the Court conditionally filed the action. It was unclear whether Petitioner wished to pursue a civil rights action challenging the conditions of her confinement under 42 U.S.C. § 1983 or a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court sent Petitioner the forms for a § 1983 action and for filing a § 2241 petition and directed Petitioner to complete the appropriate form and return it to the Court. On July 25, 2013, the Court received a letter from Petitioner explaining that she has been released from incarceration and requesting any forms be resent to her at her new address. Accordingly, the Clerk is DIRECTED to remail the forms to Petitioner. Petitioner is DIRECTED to complete and return the appropriate form to the Court within fifteen (15) days from the date of entry thereof.

The Clerk is DIRECTED to send a copy of the Memorandum Order to Petitioner.

And it is so ORDERED.

                                                                /s/
                                                     M. Hannah Lauck
Date: 9/20/13                            United States Magistrate Judge
Richmond, Virginia