IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARY BETTINA CAMERON,

    Plaintiff,

v.                                                          Civil Action No. 3:13CV252

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

Mary Bettina Cameron, a former Virginia inmate proceeding pro se, submitted this civil action and requested leave to proceed in forma pauperis. By Memorandum Order entered on July 1, 2013, the Court conditionally filed the action. It was unclear whether Cameron wished to pursue a civil rights action challenging the conditions of her confinement under 42 U.S.C. § 1983 or a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court sent Cameron the form for a § 1983 action and the form for filing a § 2241 petition. The Court directed Cameron to complete the appropriate form and return it to the Court.

On July 25, 2013, the Court received a letter from Cameron wherein she represented that she had been released from incarceration and requested that any forms be resent to her at her new address. (ECF No. 4, at 1-2.) Accordingly, by

Memorandum Order entered on September 20, 2013, the Court directed the Clerk to remail the forms to Cameron. The Court directed Cameron to complete and return the appropriate form to the Court within fifteen (15) days from the date of entry thereof.

More than fifteen (15) days have elapsed since the entry of the September 20, 2013 Memorandum Order and Cameron has failed to respond. Accordingly, the action will be dismissed without prejudice.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Cameron.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: November 5, 2013
Richmond, Virginia

2