IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARY BETTINA CAMERON,

    Plaintiff,

v.                                                Civil Action No. 3:13CV252

UNKNOWN,

    Defendant.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that the action is DISMISSED WITHOUT PREJUDICE.

Should Cameron desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the ability to appeal.

The Clerk is DIRECTED to send a copy of the Order to Cameron.

It is so ORDERED.

                                /s/       REP
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: November 5, 2013